**No. D-2596. In the Matter of Discipline of Robert J. Pleshaw.**

564 U.S. 1017, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4576.

June 20, 2011. Robert J. Pleshaw, of Washington, District of Columbia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2597. In the Matter of Discipline of Zoilo I. Silva.**

564 U.S. 1017, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4575.

June 20, 2011. Zoilo I. Silva, of New York, New York, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 10A1246. Milton Wuzael Mathis, Applicant v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1031, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4788.

June 21, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to

the Court, denied. Application for a certificate of appealability, presented to Justice Scalia, and by him referred to the Court, denied.

**No. 10-11102 (10A1247). In re Milton W. Mathis, Petitioner.**

564 U.S. 1031, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4787.

June 21, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

**No. 10-11101 (10A1245). Milton Wuzael Mathis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1032, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4789.

June 21, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-11194 (10A1268). Roy Willard Blankenship, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.**

564 U.S. 1032, 131 S. Ct. 3054, 180 L. Ed. 2d 870, 2011 U.S. LEXIS 4796.

June 23, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to

the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Fulton County, denied.